35568. WILLIAMS *et al.* v. CHARLES S. MARTIN DISTRIBUTING COMPANY, INC.

FELTON, C. J. This case is controlled by the decision in *Williams* v. *Appliances, Inc.,* ante.

Judgment reversed. *Quillian and Nichols, JJ., concur.*

DECIDED MARCH 8, 1955.

*J. N. Rainey,* for plaintiffs in error.
*Charles L. Henry,* contra.